# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| NHH Investor Group, a Utah DBA, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| DFH Watford, LLC, a foreign limited liability company; Kennedy Funding Financial LLC, a foreign limited liability company; Ken Dardis, an individual; Edward B. Welsh, an individual; New Harmony Homes Development, LLC, a Wyoming Limited Liability Company; New Harmony Homes & QB, LLC, a Wyoming Limited Liability Company; New Harmony Homes, Inc., a Utah Corporation; Does 1-10; Roe Corporations 11-50; | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | Case No. 4:15-cv-027 |
| Defendants. | ) | |

Before the court is a motion for attorney Gregory W. Schulz to appear *pro hac vice* on plaintiff's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Gregory W. Schulz has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 16) is **GRANTED**. Attorney Gregory W. Schulz is admitted to practice before this court in the above-entitled action on plaintiff's behalf.

**IT IS SO ORDERED.**

Dated this 4th day of May, 2015.

                                                     */s/ Charles S. Miller, Jr.*
                                                   Charles S. Miller, Jr., Magistrate Judge
                                                   United States District Court