# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| NHH Investor Group, a Utah, DBA, et. al., ) ) Plaintiffs, ) ) vs. ) DFH Watford, LLC, a foreign limited ) liability company, et. al., ) ) Defendants. ) | **ORDER RE SUPPLEMENTAL DISCLOSURE** Case No. 4:15-cv-027 |

On March 3, 2016, the court issued an order requiring the LLCs named as parties to this action to disclose the citizenship of their respective members. On March 22, 2016, Defendant DFH Watford, LLC ("DFH Watford") filed a disclosure statement in which it advised that its membership consists of: DFH Capital Group, LLC ("DFH Capital"); WHHF, LLC ("WHHF"); and Condy, LLC ("Condy").

In order to satisfy itself there is complete diversity of citizenship, the court shall require DFH Watford to disclose by April 15, 2016, the citizenship of individuals who are members DFH Capital, WHHF, and Condy. If the membership of DFH Capital, WHHF, and Condy includes additional LLCs, DFH Watford shall disclose the membership of these additional LLCs along with the citizenship of these members.

**IT IS SO ORDERED.**

Dated this 30th day of March, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court